HYATT v. PHŒNIX MUT. LIFE INS. CO. (Circuit Court of Appeals, Eighth Circuit. May 23, 1901.) No. 1,558. In Error to the Circuit Court of the United States for the District of Nebraska. James E. Philpott, for plaintiff in error. J. W. Deweese, for defendant in error. Dismissed, with costs, for want of jurisdiction.